UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LENSENDRO LAGUERRE, Plaintiff, -against- RELATED MANAGEMENT COMPANY, Defendant. | 25-cv-5594 (LLS) CIVIL JUDGMENT |

For the reasons stated in the February 26, 2026, order, the action is DISMISSED for lack of subject matter jurisdiction.

SO ORDERED.

Dated:    March 4, 2026
          New York, New York

/s/ Louis L. Stanton
LOUIS L. STANTON
United States District Judge